

# THE THIRTEENTH COURT OF APPEALS

---

13-19-00022-CV

---

Kathie Grustein
v.
Steve R. Overton

---

On Appeal from the
198th Judicial District Court of Bandera County, Texas
Trial Cause No. CV-15-0000094

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Kathie Grustein.

We further order this decision certified below for observance.

February 28, 2019